# EXHIBIT B

JOSEPH SCHWARTZ 

Page 1

IN THE COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY, PENNSYLVANIA

- - -

KEVIN HAMPTON, as         : CIVIL DIVISION
Executor for the          : NO. 141203114
Estate of PEARL           :
DEVINE, deceased          :
                          :
       vs.                :
                          :
RC OPERATOR, LLC          :
d/b/a WILLOW              :
TERRACE; SKYLINE          :
HEALTHCARE, LLC;          :
ARIAL INVESTMENTS,        :
LLC and ALEX              :
RINGKAMP, NHA             :

- - -

THURSDAY, JUNE 15, 2017

- - -

VIDEOTAPE DEPOSITION OF JOSEPH SCHWARTZ, taken pursuant to notice, was held at the law offices of Segal McCambridge, 15 Exchange Place, Suite 1020, Jersey City, NJ 07302, commencing at 10:14 a.m., before Kimberly S. Gordon, a Registered Professional Reporter, Certified Court Reporter and Notary Public.

- - -

Ace Reporters, Inc.
The Bourse Building, Suite 1030
Philadelphia, Pennsylvania 19106

- - -

89 North Haddon Avenue, Suite D
Haddonfield, New Jersey 08033

JOSEPH SCHWARTZ

Page 90

1   we are very, very, some people -- because a
2   guy sends a bill in doesn't mean he needs to
3   get paid.
4     Q.    So a nursing home when you,
5   conceptually, when you think about what it
6   is, it's a roof over the resident's head,
7   right, in part?  Is that true?  It's a home
8   for these residents?
9     A.    Okay.
10    Q.    It's also a place where certain
11  people are, in fact, some of society's most
12  vulnerable and dependent adults live.
13    A.    Okay.
14    Q.    People that are dependent on the
15  staff at the facility to meet sometimes all
16  of their needs.
17    A.    Okay.
18    Q.    So you would agree that it would be
19  important to pay bills related to keeping a
20  roof over their head, right?
21    A.    I would --
22          MS. DAVIS:  Objection to the
23      form.
24          THE WITNESS:  I would say
25      straight to you our patients in our

JOSEPH SCHWARTZ

Page 104

```
 1    A.    Again, again, --
 2              MS. DAVIS:  Objection to form.
 3              THE WITNESS:  -- I'll explain
 4    to you again the same thing, and I'll
 5    explain to you again.
 6              We -- our intentions is always
 7    to do the right and best thing and
 8    make sure that there is medication.
 9    At no time was any medication not
10    delivered to our facility.  This is a
11    disagreement between a contractor.
12    That's all.
13  BY MR. WILANDER:
14    Q.    Well, you ultimately have the say in
15  whether bills are going to be paid or not?
16              MS. DAVIS:  Objection.
17              MR. YAVIL:  Objection.
18              THE WITNESS:  Again, I've
19    explained to you.  I'm constantly
20    telling you, if a bill is not paid,
21    could be there's a disagreement.
22    Because you bill doesn't mean that's
23    the number that you're entitled to.
24  BY MR. WILANDER:
25    Q.    Do you need to take a break?  Do you
```