# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**THERESA DANTE, ET AL.,**
*Plaintiff*

                V.        **SUMMONS IN A CIVIL CASE**

**JOSEPH SCHWARTZ, ET AL.,**
*Defendant*

CASE NUMBER: **2:20−CV−01047−JMV−JBC**

TO: *(Name and address of Defendant):*

ROSIE SCHWARTZ
1859 54th Street
Brooklyn, NY  11204

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
CLERK



**ISSUED ON 2020−02−05 12:01:11**, Clerk
USDC NJD

## **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
District of New Jersey

Case Number: 2:20-CV-01047-JMV-JBC

Plaintiff:
**THERESA DANTE, INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED INDIVIDUALS, THEODORE HUSS. INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED INDIVIDUALS, JULIET HINRICHS, INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED INDIVIDUALS, SAMANTHA OGGS, INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED INDIVIDUALS, MARGARET GATES, INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED INDIVIDUALS**

STS2020018604

vs.

Defendant:
**JOSEPH SCHWARTZ, ET AL**

For:
Matthew T. Stone, Esq.

Received by STATUS, L.L.C. to be served on **ROSIE SCHWARTZ, 1859 54TH STREET, BROOKLYN, NY 11204**.

I, Donald Delprete #1341639, do hereby affirm that on the **9th day of June, 2020** at **7:40 am, I:**

**POSTED** by attaching a true copy of the **Civil Cover Sheet, Summons, Class Action Complaint, Jury Trial, Exhibit A, Exhibit B** with the date and hour of service endorsed thereon by me, to a conspicuous place on the property of the within named person's **RESIDENCE** at the address of: **1859 54TH STREET, BROOKLYN, NY 11204**.

**Additional Information pertaining to this Service:**
6/5/20 3:18PM NO ANSWER, MAIL TO ROSIE AND JOSEPH SHCWARTZ VISIBLE. 6/8/20 7:10PM NO ANSWER. 6/9/20 7:40AM NO ANSWER, DOCUMENTS POSTED.

## RETURN OF SERVICE For 2:20-CV-01047-JMV-JBC

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is True and correct.

*[signature]*
Donald Delprete #1341639

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414

Our Job Serial Number: STS-2020018604
Service Fee: _____

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1e