# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THERESA DANTE; THEODORE HUSS; JULIET HINRICHS; SAMANTHA OGGS; and MARGARET GATES, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH SCHWARTZ; ROSIE SCHWARTZ; SKYLINE HEALTH CARE, LLC; SKYLINE MANAGEMENT GROUP, LLC; AMERICAN PLAN ADMINISTRATORS; CORNERSTONE QUALITY CARE, LLC; COTTONWOOD HEALTHCARE, LLC; and FIRST LANDING INFORMATION SERVICES, LLC, <br><br> Defendants. | Civil Action No. 2:20-CV-01047-JMV-JBC <br><br><br> **ORDER** |

IT IS on this 14th day of October, 2020, ORDERED that Plaintiffs' Motion for Leave to File an Amended Complaint Pursuant to Fed. R. Civ. P. 15 is hereby GRANTED. Plaintiffs are to file the Amended Complaint attached to their Motion within 10 days of the date of this Order.

BY THE COURT:

_____
Hon. James B. Clark, III, USMJ