EXHIBIT A

# EXHIBIT A

EXHIBIT A

