| | |
|---|---|
| **MURRAY, STONE & WILSON, PLLC**<br>Matthew T. Stone, Esquire<br>Attorney Identification No. 014882007<br>One Belmont Avenue, Suite 310<br>Bala Cynwyd, Pennsylvania  19004<br>Phone:  215-947-5300<br>Email: mstone@mswlawgroup.com | THIS IS NOT AN ABRITRATION CASE.  ASSESSMENT OF DAMAGES IS REQUIRED; JURY TRIAL DEMANDED.<br><br>Counsel for Plaintiffs |

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THERESA DANTE; THEODORE HUSS; JULIET HINRICHS; SAMANTHA OGGS; and MARGARET GATES,<br><br>       Plaintiffs,<br><br>       v.<br><br>JOSEPH SCHWARTZ; ROSIE SCHWARTZ; SKYLINE HEALTH CARE, LLC; SKYLINE MANAGEMENT GROUP, LLC; AMERICAN PLAN ADMINISTRATORS; CORNERSTONE QUALITY CARE, LLC; COTTONWOOD HEALTHCARE, LLC; and FIRST LANDING INFORMATION SERVICES, LLC,<br><br>       Defendants. | Civil Action No.  2:20-CV-01047-JMV-JBC<br><br>**STIPULATION REGARDING DISMISSAL OF DEFENDANT AMERICAN PLAN ADMINISTRATORS** |

It is hereby STIPULATED and AGREED that Defendant American Plan Administrators **only** is voluntarily dismissed from this matter, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  All parties shall bear their own costs.

It is further STIPULATED and AGREED that any statutes of limitation for claims against Defendant American Plan Administrators herein are tolled for the duration of this litigation.

| | |
|---|---|
| **MURRAY, STONE & WILSON, PLLC**<br>*Attorneys for Plaintiffs* | **DAVIS & GILBERT LLP**<br>*Attorneys for American Plan Administrators* |
| /s/ Matthew T. Stone<br>Matthew T. Stone, Esquire<br>Dated: October 21, 2020 | /s/ Howard J. Rubin<br>Howard J. Rubin, Esquire<br>Dated:  October 21, 2020 |