EXHIBIT B

EXHIBIT B

**EXHIBIT B**

<u>**RETURN OF SERVICE**</u>

## UNITED STATES DISTRICT COURT
### District of New Jersey

Case Number: 2:20-CV-01047-JMV-JBC

Plaintiff:
**THERESA DANTE, INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED INDIVIDUALS, THEODORE HUSS.  INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED INDIVIDUALS, JULIET HINRICHS, INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED INDIVIDUALS, SAMANTHA OGGS,  INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED INDIVIDUALS, MARGARET GATES, INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED INDIVIDUALS**

STS2021000498

vs.

Defendant:
**JOSEPH SCHWARTZ, ET AL**

For:
Matthew T. Stone, Esq.

Received by STATUS, L.L.C. to be served on **JACK JAFFA A/K/A CHAVA JAFFA, 5 WEGEWOOD LANE, LAWRENCE, NY 11559**.

I, Vincent J. Mannetta, do hereby affirm that on the **18th day of January, 2021** at **8:45 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Civil Cover Sheet, Summons, Amended Complaint, Jury Trial, Exhibit A, Exhibit B** with the date and hour of service endorsed thereon by me, to: **MS. (REFUSED FIRST NAME) JAFFA** as **HOUSEHOLD MEMBER/ CO-RESIDENT** at the address of: **5 WEGEWOOD LANE, LAWRENCE, NY 11559**, the within named person's usual place of **Abode**, who resides therein, who is fourteen (14) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 160, Hair: BROWN, Glasses: N

EXHIBIT B

## RETURN OF SERVICE For 2:20-CV-01047-JMV-JBC

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is True and correct.

Vincent J. Mannetta

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414

Our Job Serial Number: STS-2021000498
Service Fee: _____

Copyright © 1992-2021 Database Services, Inc. • Process Server's Toolbox V6.1t