**Not for Publication**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

THERESA DANTE; TED HUSS; JULIET HINRICHS; SAMANTHA OGGS; and MARGARET GATES

*Plaintiffs*,

v.

JOSEPH SCHWARTZ; ROSIE SCHWARTZ; SKYLINE HEALTH CARE, LLC; SKYLINE MANAGEMENT GROUP, LLC; CORNERSTONE QUALITY CARE, LLC; COTTONWOOD HEALTHCARE, LLC; FIRST LANDING INFORMATION SERVICES, LLC; and JACK JAFFA a/k/a CHAVA JAFFA.

*Defendants*.

Civil Action No. 20-01047

**ORDER**

**John Michael Vazquez, U.S.D.J.**

For the reasons discussed in the accompanying Opinion, and for good cause shown,

**IT IS** on this 13th day of April, 2022,

**ORDERED** that Defendant Jack Jaffa's motion to dismiss Plaintiffs Second Amended Complaint as against him, D.E. 38, is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that Defendant's motion to dismiss Plaintiffs' SDCPL claim (Count III), is **GRANTED without prejudice**; and it is further

**ORDERED** that Defendant's motion to dismiss Plaintiffs' KCPA claim (Count IV), is **GRANTED without prejudice**; and it is further

**ORDERED** that Defendant's motion to dismiss Plaintiffs' NCPA claim (Count V), is **GRANTED without prejudice**; and it is further

**ORDERED** that Defendant's motion to dismiss Plaintiffs' ADTPA claim (Count VII), is **GRANTED without prejudice**.  However, Plaintiffs may only proceed with this claim on an individual basis; and it is further

**ORDERED** that Defendant's motion to dismiss Plaintiffs' breach of fiduciary duty claim (Count VIII), is **GRANTED without prejudice**; and it is further

**ORDERED** that Defendants' motion to dismiss is otherwise **DENIED**; and it is further

**ORDERED** that as to the claims dismissed without prejudice, Plaintiffs shall have thirty (30) days to file a third amended complaint that cures the deficiencies identified in the accompanying Opinion.  If Plaintiffs fail to do so, those claims that were dismissed without prejudice will be dismissed with prejudice.

_____
John Michael Vazquez, U.S.D.J.