**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

January 6, 2026

## LETTER ORDER

Re:   **Dante, et al. v. Schwartz, et al.**
      **Civil Action No. 20-1047 (ES)**

Dear Counsel:

In light of Plaintiffs' pending motion for default judgment [Dkt. No. 111], the telephone status conference scheduled with the parties in this matter on **January 7, 2026 at 10:00 AM** is adjourned to **April 15, 2026 at 10:00 AM**.  Counsel for Plaintiffs shall initiate the call.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　   s/ James B. Clark, III
　　　　　　　　　　　　　　　　　　　　　　　　**JAMES B. CLARK, III**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**